UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH JUNIOR MATTHEWS,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | CASE NO. 2:17-CV-01000-DWC<br><br>ORDER ON MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d) |

  This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 3. This matter is before the Court on Plaintiff's "Motion for Award of Attorney Fees and Costs Pursuant to 28 U.S.C. § 2412." Dkt. 13. Defendant did not file a response or any objections to Plaintiff's motion. *See* Dkt.

  Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion (Dkt. 13), and the relevant record, the Court orders EAJA attorney's fees of $4,959.00

ORDER ON MOTION FOR ATTORNEY FEES
AND COSTS PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (D) - 1

and costs in the amount of $400.00, pursuant to 28 U.S.C. §1920, ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Christopher T. Lyons, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Christopher T. Lyons, at Truitt & Lyons, P.O. Box 1645, Coupeville, WA 98239

Dated this 3rd day of April, 2018.

David W. Christel
United States Magistrate Judge

ORDER ON MOTION FOR ATTORNEY FEES
AND COSTS PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (D) -
2